Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

## UNITED STATES DISTRICT COURT
### FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **Case No.** |
| **Plaintiff,** | **CERTIFICATION AS TO INTERESTED PARTIES** |
| vs. | |
| **CESAR MEJIA AGUILAR,** **INDIVIDUALLY and d/b/a CLUB 26 MIX,** | |
| **Defendant.** | |

CV 08 0473

        The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

## PARTIES

*Plaintiff, J & J Sports Productions, Inc.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile:   (626) 799-9795

1    *Defendant*, Cesar Mejia Aguilar, individually and d/b/a Club 26 Mix

2    3024 Mission Street

3    San Francisco, CA 94110

4

5    Dated: 1/16/08

6                                    **LAW OFFICES OF THOMAS P. RILEY, P.C.**

7                                    By: Thomas P. Riley
                                     Attorney of Record for
8                                    J & J Sports Productions, Inc.

9

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28