| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.<br>26 MIX 1/21/06 | |
| ATTORNEY FOR (Name): PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
AGUILAR

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER:<br>C08 0473 WHA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; STANDING ORDER

3. a. Party served: CESAR MEJIA AGUILAR, INDIVIDUALLY AND D/B/A CLUB 26 MIX

4. Address where the party was served: 3024 MISSION STREET
   SAN FRANCISCO, CA 94110

5. I served the party
   b. **by substituted service.** On: March 4, 2008 at: 09:30 pm I left the documents listed in item 2 with or in the presence of LUIS GARCIA - PERSON IN CHARGE
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section:
      SERVICE MADE PURSUANT TO FRCP 4(e) (2)

7. **Person who served papers**
   a. A. ESQUER
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $95.00
   e. I am: (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: 3101
      (iii) County: LOS ANGELES

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 6, 2008

                                                                A. ESQUER

Judicial Council form POS-010 Rev. 01/01/07          PROOF OF SERVICE                    08575-1/asgensdo

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No. 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626)<br>tprlaw@att.net<br>Ref. No. or File No.<br>26 MIX 1/21/06 | |
| ATTORNEY FOR (Name):    PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA  94102

PLAINTIFF:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT:
AGUILAR

| DECLARATION<br>RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08 0473 WHA |
|---|---|---|---|---|

I received the within process on January 31, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served:    CESAR MEJIA AGUILAR, INDIVIDUALLY AND D/B/A CLUB 26 MIX

Residence:    Residence address was not known at the time of service.

Business:    3024 MISSION STREET, SAN FRANCISCO, CA 94110

As enumerated below:

February 5, 2008   07:00 pm
    BUSINESS/OFFICE LOCKED.
February 6, 2008   10:05 am
    BUSINESS/OFFICE LOCKED.
February 10, 2008   11:00 am
    BUSINESS/OFFICE LOCKED.
February 13, 2008   04:35 pm
    BUSINESS/OFFICE LOCKED, SPOKE TO NEIGHBORS, SUBJECT IS OUT OF TOWN UNTIL THE LAST WEEK OF THE MONTH.
February 28, 2008   11:00 am
    BUSINESS/OFFICE LOCKED.
March 1, 2008   07:20 pm
    BUSINESS/OFFICE LOCKED.
March 4, 2008   09:29 pm
    NOT IN (BUSINESS) LUIS GARCIA, PERSON IN CHARGE.
March 4, 2008   09:30 pm
    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

(CONTINUED ON NEXT PAGE)

Person who served papers
A. ESQUER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was:  $95.00
I am: registered California process server.
    independent contractor
    Registration No.:  3101
    County:  LOS ANGELES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 6, 2008

                                                                       A. ESQUER

Judicial Council form POS-010    **DECLARATION REGARDING DILIGENCE**    08575-1/asdd

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) ...<br>tprlaw@att.net | |
| ATTORNEY FOR (Name):  PLAINTIFF | Ref. No. or File No.<br>26 MIX 1/21/06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA  94102

PLAINTIFF:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT:
AGUILAR

| DECLARATION<br>RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08 0473 WHA |
|---|---|---|---|---|

**Person who served papers**
A. ESQUER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was:  $95.00
I am: registered California process server.
　　　Employee or independent contractor
　　　Registration No.: 3101
　　　County: LOS ANGELES

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 6, 2008

　　　　　　　　　　　　　　　　　　　　　A. ESQUER

Judicial Council form POS-010　　　　**DECLARATION REGARDING DILIGENCE**　　　　08575-1/asdd2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626)629-9580<br>tprlaw@att.net<br>Ref. No. or File No.<br>26 MIX 1/21/06 | |
| ATTORNEY FOR (Name):   PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA  94102

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
AGUILAR

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08 0473 WHA |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **March 5, 2008**, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; STANDING ORDER

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

CESAR MEJIA AGUILAR, INDIVIDUALLY AND D/B/A CLUB 26 MIX
3024 MISSION STREET
SAN FRANCISCO, CA 94110

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Person who served papers
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was:  $95.00
I am: registered California process server,
    employee
    Registration No.: 5211
    County: LOS ANGELES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 6, 2008

_M. MANCHESTER_

Judicial Council form POS-010         PROOF OF SERVICE BY MAIL                08575-1/asopmail