**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 9, 2008

RE: <u>CV 08-00473 WHA</u>   J & J Sports Productions, Inc.    <u>-v-</u>   Cesar Mejia Aguilar

Default is entered as to Cesar Mejia Aguilar indivudally and d/b/a Club 26 Mix on April 9, 2008.

RICHARD W. WIEKING, Clerk

*[signature: Susan Imbriani]*

by Susan Imbriani
Case Systems Administrator

NDC TR-4  Rev. 3/89