1 Thomas P. Riley, SBN 194706
  LAW OFFICES OF THOMAS P. RILEY, P.C.
2 First Library Square
  1114 Fremont Avenue
3 South Pasadena, CA 91030-3227

4 Tel: 626-799-9797
  Fax: 626-799-9795
5 TPRLAW@att.net

6 Attorneys for Plaintiff
  J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Cesar Mejia Aguilar, et al. <br><br> Defendant. | CASE NO. CV 08-0473 WHA <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CESAR MEJIA AGUILAR, individually and d/b/a CLUB 26 MIX |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant CESAR MEJIA AGUILAR, individually and d/b/a Club 26 Mix, that the above-entitled action is hereby dismissed **without prejudice** against CESAR MEJIA AGUILAR, individually and d/b/a Club 26 Mix and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 1, 2008, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: April 15, 2008

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

CESAR MEJIA AGUILAR
individually and d/b/a
CLUB 26 MIX
Defendant

IT IS SO ORDERED:

Dated:_____

_____
The Honorable William H. Alsup
United States District Court
Northern District of California

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 15, 2008, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS CESAR MEJIA AGUILAR, individually and d/b/a CLUB 26 MIX**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Cesar Mejia Aguilar (Defendant)
3024 Mission Street
San Francisco, CA 94110

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 15, 2008, at South Pasadena, California.

Dated: April 15, 2008

_____
EMILY STEWART